*Jack W. Fischer,* assistant state's attorney, in opposition.

Decided October 17, 1996

## STATE OF CONNECTICUT *v.* SCOTT DAWKINS

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 810 (AC 13543), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Neal Cone*, assistant public defender, in support of the petition.

*John A. East III*, assistant state's attorney, in opposition.

Decided October 17, 1996